# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1160

_____

B. J. McAdams,                    *

                        *

       Appellant,          *

                        *

    v.                   *   Appeal from the United States

                        *   District Court for the

City of North Little Rock,    *   Eastern District of Arkansas.

                        *

       Appellee.          *   [UNPUBLISHED]

_____

Submitted: August 25, 2004
Filed: August 27, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

B. J. McAdams appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action.  Having carefully reviewed the record de novo, <u>see</u> <u>Anderson v. Larson</u>, 327 F.3d 762, 767 (8th Cir. 2003), and having considered the parties' submissions on appeal, we conclude that the district court properly granted summary judgment, and that an extended opinion is not warranted.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.